# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America <br> v. <br> Adryel Matta <br> *Defendant(s)* | ) ) ) ) ) ) ) Case No. 6:24-mj-1690 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 25, 2024__ in the county of __Osceola__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Mackenzie Bruns, Special Agent, ATF
*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: 06/28/2024

*Judge's signature*

City and state: Orlando, FL

Leslie Hoffman Price, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES

v.

ADRYEL MATTA

Case No. 6:24-mj-1690

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Special Agent Mackenzie Bruns, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I have been employed as a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) since November 2023. I am a graduate of the Federal Law Enforcement Training Center and ATF National Academy. As a result of my training and experience as an ATF Special Agent, I am familiar with federal firearm and drug trafficking laws, and I am empowered by law to conduct investigations of and make arrests for such offenses.

2. Prior to my experience with ATF, I spent approximately two years as a Corporate Security Officer for Great American Insurance Group located in Cincinnati, Ohio. I am a graduate of the University of Cincinnati where I received a bachelor's degree in criminal justice as well as psychology. I also received a master's degree in criminal justice. I continued my education and career growth as an intern

with ATF and the United States Marshals Service (USMS) for approximately one year.

3. I make this affidavit in support of a criminal complaint against Adryel MATTA. Based upon the facts set forth herein, I submit there is probable cause to believe that on or about June 25, 2024, in the Middle District of Florida, Adryel MATTA, a convicted felon, knowingly possessed a firearm in violation of 18 U.S.C. § 922(g)(1).

4. The information set forth in this affidavit is based upon my own personal knowledge as well as information provided to me by other law enforcement officers and additional sources, identified in this affidavit, and is provided solely for the purpose of establishing probable cause. Because this affidavit is submitted for the limited purpose of establishing such probable cause, it does not include all of the details of this investigation of which I am aware.

## PROBABLE CAUSE

5. On June 24, 2024, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) began an investigation into MATTA after receiving information of MATTA's attempts to sell stolen firearms.

6. A confidential informant (CI)[1] notified law enforcement that MATTA burglarized the residence of M.B., stealing multiple firearms, narcotics, currency, and a vehicle. The CI stated that MATTA offered to sell the CI three of the stolen firearms, providing a price and details of the firearms.

7. On June 25, 2024, an undercover (UC) law enforcement agent contacted MATTA via phone and MATTA agreed to sell two rifles and a handgun for $1,800.

8. That same day, the UC completed a purchase of two handguns, a rifle, and multiple rounds of ammunition from MATTA in St Cloud, FL, Osceola County, within the Middle District of Florida. During the transaction, the UC agent asked MATTA if the firearms were stolen and MATTA replied, "they are hot." Based on my training and experience, I know that "hot" is a common street term for an item that has been stolen or used in a crime. The following are the firearms MATTA sold the UC:

    a. one American Tactical Imports, Mil-Sport, 556 caliber pistol;

    b. one Ruger 10/22 Tactical, 22 caliber rifle;

    c. one Beretta USA Corp, U22 Neos, 22 caliber pistol.

---

[1] The CI is a paid informant who has previously provided reliable information concerning criminal activities that resulted in multiple convictions. The CI also provided information on criminal violations that were corroborated by an independent follow-up investigation.

9. On June 27, 2024, an ATF Nexus expert examined the above listed firearms and confirmed all affected interstate commerce. Specifically, the ATI pistol was manufactured in in the state of South Carolina, the Ruger rifle was manufactured in in the state of New Hampshire, and the Beretta pistol was manufactured in the state of Maryland. In the opinion of the ATF Nexus expert, all three firearms were received or possessed in the state of Florida, thereby having traveled in interstate and/or foreign commerce.

10. Additionally, I have reviewed law enforcement databases and confirmed that MATTA is a convicted felon and therefore prohibited from possessing firearms. According to MATTA's National Crime Information Center (NCIC) history, his felony convictions include the following:

    a. On or about September 16, 2013, MATTA was convicted of felony arson of occupied structure in Pheonix, Arizona.

    b. On or about June 10, 2014, MATTA was convicted of felony marijuana possession in Pheonix, Arizona.

    c. On or about August 7, 2015, MATTA was convicted of three felony counts of knowingly giving false impression and two counts of false emergency report-cause action in Phoenix, Arizona.

    d. On or about March 6, 2008, MATTA had adjudication withheld for grand theft of a motor vehicle Orange County, Florida. MATTA was confined for 83 days with 18 months' probation.

e. On or about July 7, 2007, MATTA was convicted of grand theft of a motor vehicle in Orange County, Florida. MATTA was confined for 65 days.

11. Based on the fact that MATTA was convicted of multiple felony events in multiple states and confined in Arizona Department of Corrections for over two years, MATTA was aware he was a felon and therefore could not possess firearms.

## CONCLUSION

12. Based on the foregoing facts and opinions, my experience and training, and consultation with other law enforcement agents, I believe that there is probable cause to believe that on or about June 25, 2024, in the Middle District of Florida, Adryel MATTA, a convicted felon, knowingly possessed a firearm in violation of 18 U.S.C. § 922(g)(1).

Respectfully submitted,

_____
Mackenzie Bruns, Special Agent
Bureau of Alcohol, Tobacco, Firearms
and Explosives

Affidavit submitted by email and attested
to me as true and accurate by video conference
consistent with Fed. R. Crim. P. 4.1 and 41(d)(3)
before me this 28th day of June, 2024.

_____
HON. LESLIE HOFFMAN PRICE
United States Magistrate Judge